IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEAN F. O'NEIL                                                                                      PETITIONER

v.                              Civil No. 06-3055

STATE OF ARKANSAS, COUNTY OF
BOONE, GORDON WEBB, PROSECUTOR                                              RESPONDENT

### ORDER

Dean F. O'Neil has submitted for filing in this district a pro se petition for "Writ of Mandamus." We find the petition should be provisionally filed prior to a determination regarding petitioner's status as a pauper and service of process. The United States District Clerk is hereby directed to file the petition.

Petitioner has been provided an in forma pauperis application for completion, including the certification regarding any inmate funds being held in his name. Petitioner is given up to and including October 2, 2006, in which to complete, sign, and date the application and return the application to this court for review and filing. **Should petitioner fail to return the application within the required period of time, his petition will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 1st day of September 2006.

_____
HON. BEVERLY S. JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)