```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

DEAN F. O'NEIL                                              PLAINTIFF

        v.              Civil No. 06-3055

STATE OF ARKANSAS; COUNTY
OF BOONE; and GORDON WEBB,
Boone County Prosecuting Attorney                          DEFENDANTS

### O R D E R

Now on this 13th day of December, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), recommending that plaintiff's complaint be dismissed for failure to obey a court order directing him to complete and return an application to proceed *in forma pauperis*.

Plaintiff objects that he did not receive the application, and asks that he be sent another.

The Court finds that, under the circumstances, a second application to proceed *in forma pauperis* should be furnished to plaintiff, and he should be given an opportunity to complete and return it.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **not adopted.**

**IT IS FURTHER ORDERED** that the Clerk of Court furnish plaintiff with an application to proceed *in forma pauperis*, and that plaintiff complete, sign, date and return said application

for filing on or before January 12, 2007.

**IT IS SO ORDERED.**

               **/s/ Jimm Larry Hendren**
               **JIMM LARRY HENDREN**
               **UNITED STATES DISTRICT JUDGE**