IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEAN F. O'NEIL     PLAINTIFF

     v.      Civil No. 06-3055

STATE OF ARKANSAS;
COUNTY OF BOONE; and
GORDON WEBB, Boone
County Prosecuting Attorney     DEFENDANTS

## ORDER

By order entered on December 13, 2006 (Doc. 6), the plaintiff was given until January 12, 2007, to complete, sign, date, and return a completed application to proceed *in forma pauperis* (IFP). The application to proceed IFP (Doc. 8) was filed on January 5, 2007. The application to proceed IFP is granted.

Dated this 9th day of January 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**